JAY RUSSELL, PLAINTIFF, v. EVA M. SMITH ET AL.,
DEFENDANTS.

Decided June 19, 1924.

**Service of Summons—Defendant's Usual Abode is With Parents.**

On rule to show cause why service of summons should not be vacated.

Before Justice MINTURN.

For the rule, *Collins & Corbin.*

*Contra, Alexander Simpson.*

The residence of the defendant, or his usual place of abode in this state, is the home of his parents. The testimony makes that fact reasonably clear; and hence, I conclude that their residence was his usual place of abode in this state within the meaning of the statute.

The rule upon the subject, as declared by this court, is amply stated in accordance with that conclusion in *Missell* v. *Hayes,* 84 *N. J. L.* 196, and 85 *Atl. Rep.* 818.

The rule to show cause will therefore be discharged.